# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CRISTIAN CAISA TELENCHANA,

      Petitioner,

    v.

LAURA HERMOSILLO, *et al.*,

      Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.  2:26-cv-00363-GJL

    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X   **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

The Petition (Dkt. 1) is **GRANTED IN PART** as follows:

(1)    Respondents **SHALL release** Petitioners Cristian Caisa Telenchana, Kelvin Delgado-Pacheco, Cherif Diallo, Keismer Dorante-Freitez, Jose Espina Espina, Isidro Lamus Franco, Luis Lopez Lopez, Moustapha Mbareck, Raquel Melean-Faneite, Victor Mendez Molina, and Fares Soliman from custody immediately under the conditions of their prior release;

(2)    Respondents **SHALL** file a declaration within **24 HOURS** of the issuance of this Order, confirming that the above-listed Petitioners have been released from custody and providing the date and time of their release;

(3)    Respondents **SHALL** provide Petitioner Jesus Guardiola Molina with a bond hearing before an immigration judge **within seven days of this Order** at which the government bears the burden of proof by clear and convincing evidence that Petitioner Guardiola Molina is a danger to the community;

(4)    If a bond hearing is not provided **within seven days** of the date of this Order, Respondents **SHALL release** Petitioner Guardiola Molina from ICE custody immediately on the terms of his most recent release;

(5)    Respondents **SHALL file** a declaration with the Court confirming that Petitioner Guardiola Molina received a bond hearing—and the results of that hearing—or otherwise confirming his release by **March 20, 2026**; and

(6)     Respondents **SHALL NOT re-detain** any Petitioner without adequate notice and an opportunity to be heard.

Dated this 12th day of March, 2026.

JOSHUA C. LEWIS
Clerk

s/Michael Williams
Deputy Clerk